# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

135942

COLUMBUS TOWNSHIP,
          Plaintiff-Appellant,

v

WILLIAM WRESSELL and
BEVERLY WRESSELL,
          Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135942
COA: 278765
St. Clair CC: 01-000752-CE

On order of the Court, the application for leave to appeal the January 22, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

p0616

Clerk